| | |
|---|---|
| 1 | **GREVE, CLIFFORD, WENGEL & PARAS, LLP** |
|   | Lawrence A. Wengel, Esq.  SBN 064708 |
| 2 |         Email:  lwengel@gcwp.com |
|   | Bradley W. Kragel, Esq.  SBN 143065 |
| 3 |         Email:  bkragel@gcwp.com |
|   | 2870 Gateway Oaks Drive, Suite 210 |
| 4 | Sacramento, CA  95833-4324 |
|   | Tel:     916.443.2011 |
| 5 | Fax:     916.441.7457 |
| 6 | Attorneys for Plaintiff |
|   | RIVERBANK HOLDING COMPANY, LLC |
| 7 | |
| 8 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
|   | Julian J. Pardini, Esq. SBN 133878 |
| 9 |         Email:  pardini@lbbslaw.com |
|   | Stephen J. Liberatore, Esq. SBN 129772 |
| 10 |        Email:  liberatore@lbbslaw.com |
|   | One Sansome Street, Suite 1400 |
| 11 | San Francisco, CA  94104 |
|   | Tel:  415.362.2580 |
| 12 | Fax: 415.434.0882 |
| 13 | Attorneys for Defendant |
|   | NEW HAMPSHIRE INSURANCE COMPANY |
| 14 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RIVERBANK HOLDING COMPANY, LLC, | ) | Case No. 2:11-CV-02681 WBS-GGH |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF PARTIES re:** |
| | ) | **HEARING ON CROSS-MOTIONS FOR** |
| v. | ) | **SUMMARY JUDGMENT; EXTENSION** |
| | ) | **OF DISCOVERY DEADLINES;** |
| NEW HAMPSHIRE INSURANCE COMPANY | ) | **[PROPOSED] ORDER** |
| and DOES 1 through 10, inclusive, | ) | |
| | ) | |
| Defendants. | ) | **Trial Date:    January 29, 2013** |

Plaintiff RIVERBANK HOLDING COMPANY, LLC ("Riverbank"), and Defendant NEW HAMPSHIRE INSURANCE COMPANY ("NHIC"), collectively referred to hereinafter as "the Parties," by and through their respective attorneys of record, hereby stipulate as follows:

/ / /

4838-6187-3167.1

STIPULATION re: MOTIONS FOR SUMMARY JUDGMENT; DISCOVERY DEADLINES; [PROPOSED] ORDER
Case No. 2:11-cv-02681 WBS GGH

**RECITALS**

1. WHEREAS, the Parties have agreed to file cross-motions for summary judgment and to have those motions heard together; and

2. WHEREAS, the Parties, so as to accommodate their respective counsel's calendars, have agreed to have the hearing of the cross-motions for summary judgment on Monday, June 4, 2012, which date is presently available on the Court's calendar; and

3. WHEREAS, the Parties have agreed to electronically file their respective motions for summary judgment by 4:00 p.m. on Monday, April 30, 2012; and

4. WHEREAS, the Parties have agreed to electronically file their respective oppositions to the motions for summary judgment by 4:00 p.m. on Friday, May 18, 2012, and their respective reply briefs by 4:00 p.m. on Friday, May 25, 2012; and

5. WHEREAS, the Parties agree that, given the legal issues to be presented to the Court by the cross-motions for summary judgment, the Parties' resources would be better used by postponing further discovery until after the Court issues its ruling on the cross-motions for summary judgment,

THEREFORE, the Parties stipulate as follows:

1. That the Parties request that the Court extend the date by which they shall disclose experts and produce reports in accordance with Federal Rules of Civil Procedure, Rule 26(a)(2), to **July 20, 2012**;

2. That the Parties request that the Court extend the date by which they shall complete all non-expert discovery to **August 17, 2012**;

3. That the Parties request that the Court extend the date by which they shall resolve all discovery disputes, including all discovery motions, to **September 5, 2012**;

4. That the Parties request that the Court extend the date by which all motions, except motions for continuances, temporary restraining orders, or other emergency applications, be filed to **October 15, 2012**; and

/ / /

/ / /

5. That the Parties request that the Court reschedule the Final Pretrial Conference to **December 17, 2012**, at 2:00 p.m. in Courtroom 5.

IT IS SO STIPULATED.

Dated: April  12 , 2012         GREVE, CLIFFORD, WENGEL & PARAS, LLP


By   */s/ Lawrence A. Wengel*
        Lawrence A. Wengel
        Bradley W. Kragel
Attorneys for Plaintiff
RIVERBANK HOLDING COMPANY, LLC


Dated: April  12 , 2012         LEWIS BRISBOIS BISGAARD & SMITH LLP


By   */s/ Stephen J. Liberatore*
        Julian J. Pardini
        Stephen J. Liberatore
Attorneys for Defendant
NEW HAMPSHIRE INSURANCE COMPANY


## ORDER

Having considered the Parties' stipulation set forth above,

**THE COURT HEREBY ORDERS AND DECREES** as follows:

1. That the date by which the Parties shall disclose experts and produce reports in accordance with Federal Rules of Civil Procedure, Rule 26(a)(2), be, and hereby is, **EXTENDED** to **July 20, 2012**;

2. That the date by which the Parties shall complete all non-expert discovery be, and hereby is, **EXTENDED** to **August 17, 2012**;

3. That the date by which the Parties shall resolve all discovery disputes, including all discovery motions, be, and hereby is, **EXTENDED** to **September 5, 2012**.

/ / /

4.    That the date by which Parties shall file all motions, except motions for continuances, temporary restraining orders, or other emergency applications, be, and hereby is, **EXTENDED** to **October 15, 2012**; and

5.    That the date for the Final Pretrial Conference be, and hereby is, **EXTENDED** to **December 10, 2012**, at 2:00 p.m. in Courtroom 5.

6.    The trial date of January 29, 2013 shall remain.

IT IS SO ORDERED

Dated: April 17, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4838-6187-3167.1
4
STIPULATION re: MOTIONS FOR SUMMARY JUDGMENT; DISCOVERY DEADLINES; [PROPOSED] ORDER
Case No. 2:11-cv-02681 WBS GGH

LEWIS BRISBOIS