1  **GREVE, CLIFFORD, WENGEL & PARAS, LLP**
Lawrence A. Wengel, Esq.  SBN 064708
2      Email:  lwengel@gcwp.com
Bradley W. Kragel, Esq.  SBN 143065
3      Email:  bkragel@gcwp.com
2870 Gateway Oaks Drive, Suite 210
4  Sacramento, CA  95833-4324
Tel:    916.443.2011
5  Fax:    916.441.7457

6  Attorneys for Plaintiff
RIVERBANK HOLDING COMPANY, LLC
7

8  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq. SBN 133878
9      Email:  pardini@lbbslaw.com
Stephen J. Liberatore, Esq. SBN 129772
10      Email:  liberatore@lbbslaw.com
One Sansome Street, Suite 1400
11  San Francisco, CA  94104
Tel:  415.362.2580
12  Fax: 415.434.0882

13  Attorneys for Defendant
NEW HAMPSHIRE INSURANCE COMPANY
14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  RIVERBANK HOLDING COMPANY, LLC, | Case No. 2:11-CV-02681 WBS-GGH |
| 19            Plaintiff, | **STIPULATION OF PARTIES re: HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; EXTENSION OF DISCOVERY DEADLINES; [PROPOSED] ORDER** |
| 20       v. | |
| 21  NEW HAMPSHIRE INSURANCE COMPANY and DOES 1 through 10, inclusive, | |
| 23            Defendants. | **Trial Date:    January 29, 2013** |

24

25       Plaintiff RIVERBANK HOLDING COMPANY, LLC ("Riverbank"), and Defendant

26  NEW HAMPSHIRE INSURANCE COMPANY ("NHIC"), collectively referred to hereinafter as

27  "the Parties," by and through their respective attorneys of record, hereby stipulate as follows:

28  / / /

4838-6187-3167.1

STIPULATION re: MOTIONS FOR SUMMARY JUDGMENT; DISCOVERY DEADLINES; [PROPOSED] ORDER
Case No. 2:11-cv-02681 WBS GGH

LEWIS
BRISBOIS

**RECITALS**

1.     WHEREAS, the Parties have agreed to file cross-motions for summary judgment and to have those motions heard together; and

2.     WHEREAS, the Parties, so as to accommodate their respective counsel's calendars, have agreed to have the hearing of the cross-motions for summary judgment on Monday, June 4, 2012, which date is presently available on the Court's calendar; and

3.     WHEREAS, the Parties have agreed to electronically file their respective motions for summary judgment by 4:00 p.m. on Monday, April 30, 2012; and

4.     WHEREAS, the Parties have agreed to electronically file their respective oppositions to the motions for summary judgment by 4:00 p.m. on Friday, May 18, 2012, and their respective reply briefs by 4:00 p.m. on Friday, May 25, 2012; and

5.     WHEREAS, the Parties agree that, given the legal issues to be presented to the Court by the cross-motions for summary judgment, the Parties' resources would be better used by postponing further discovery until after the Court issues its ruling on the cross-motions for summary judgment,

THEREFORE, the Parties stipulate as follows:

1.     That the Parties request that the Court extend the date by which they shall disclose experts and produce reports in accordance with Federal Rules of Civil Procedure, Rule 26(a)(2), to **July 20, 2012**;

2.     That the Parties request that the Court extend the date by which they shall complete all non-expert discovery to **August 17, 2012**;

3.     That the Parties request that the Court extend the date by which they shall resolve all discovery disputes, including all discovery motions, to **September 5, 2012**;

4.     That the Parties request that the Court extend the date by which all motions, except motions for continuances, temporary restraining orders, or other emergency applications, be filed to **October 15, 2012**; and

/ / /

/ / /

1       5.      That the Parties request that the Court reschedule the Final Pretrial Conference to

2  **December 17, 2012**, at 2:00 p.m. in Courtroom 5.

3

4       IT IS SO STIPULATED.

5

6  Dated: April __12__, 2012                    GREVE, CLIFFORD, WENGEL & PARAS, LLP

7

8                                               By____*/s/ Lawrence A. Wengel*_____
                                                    Lawrence A. Wengel
9                                                   Bradley W. Kragel
                                                Attorneys for Plaintiff
10                                              RIVERBANK HOLDING COMPANY, LLC

11

12  Dated: April __12__, 2012                   LEWIS BRISBOIS BISGAARD & SMITH LLP

13

14                                              By____*/s/ Stephen J. Liberatore*_____
                                                    Julian J. Pardini
15                                                  Stephen J. Liberatore
                                                Attorneys for Defendant
16                                              NEW HAMPSHIRE INSURANCE COMPANY

17

18                                  **ORDER**

19       Having considered the Parties' stipulation set forth above,

20       **THE COURT HEREBY ORDERS AND DECREES** as follows:

21       1.      That the date by which the Parties shall disclose experts and produce reports in

22  accordance with Federal Rules of Civil Procedure, Rule 26(a)(2), be, and hereby is, **EXTENDED**

23  to **July 20, 2012**;

24       2.      That the date by which the Parties shall complete all non-expert discovery be, and

25  hereby is, **EXTENDED** to **August 17, 2012**;

26       3.      That the date by which the Parties shall resolve all discovery disputes, including all

27  discovery motions, be, and hereby is, **EXTENDED** to **September 5, 2012**.

28  / / /

4838-6187-3167.1
                                        3
STIPULATION re: MOTIONS FOR SUMMARY JUDGMENT; DISCOVERY DEADLINES; [PROPOSED] ORDER
Case No. 2:11-cv-02681 WBS GGH

LEWIS
BRISBOIS

1        4.      That the date by which Parties shall file all motions, except motions for

2    continuances, temporary restraining orders, or other emergency applications, be, and hereby is,

3    **EXTENDED** to **October 15, 2012**; and

4        5.      That the date for the Final Pretrial Conference be, and hereby is, **EXTENDED** to

5    **December 10, 2012**, at 2:00 p.m. in Courtroom 5.

6        6.      The trial date of  January 29, 2013 shall remain.

7

8        IT IS SO ORDERED

9

10   Dated: April 17, 2012

11    

12   WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS

4838-6187-3167.1

4

STIPULATION re: MOTIONS FOR SUMMARY JUDGMENT; DISCOVERY DEADLINES; [PROPOSED] ORDER
Case No. 2:11-cv-02681 WBS GGH