**GREVE, CLIFFORD, WENGEL & PARAS, LLP**
**LAWRENCE A. WENGEL**, Esq. (SBN 064708)
**BRADLEY W. KRAGEL**, Esq. (SBN 143065)
2870 Gateway Oaks Drive, Suite 210
Sacramento, California  95833-4324
Telephone:   (916) 443-2011
Facsimile:   (916) 441-7457
lwengel@greveclifford.com
bradleykragel@greveclifford.com

Attorneys for Plaintiff
RIVERBANK HOLDING COMPANY, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERBANK HOLDING COMPANY, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>NEW HAMPSHIRE INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>                    Defendants.<br>_____ | CASE NO. 2:11-cv-02681 WBS-GGH<br><br>**STIPULATION TO SEAL CONFIDENTIAL DOCUMENTS SUBMITTED TO COURT IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; ORDER**<br><br>Date:         June 4, 2012<br>Time:         2:00 p.m.<br>Courtroom: 5<br>Judge:       Hon. William B. Shubb<br><br>Complaint filed:   09/09/2011<br>Trial Date:          01/29/2013 |

## STIPULATION

On March 19, 2012, the Court signed a Stipulation for Protective Order and Order permitting the parties to designate certain documents "Confidential."

On March 14, 2012, Defendant NEW HAMPSHIRE INSURANCE COMPANY ("NHIC") produced records designated "Confidential," including the documents Bates-stamped Confidential NHIC101, Confidential NHIC102, Confidential NHIC201, Confidential NHIC202, and Confidential NHIC301 to Confidential NHIC320.

/ / /

STIPULATION TO SEAL CONFIDENTIAL DOCUMENTS SUBMITTED TO COURT IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; ORDER

Plaintiff RIVERBANK HOLDING COMPANY, LLC ("RIVERBANK") desires to submit the foregoing records as evidence in Opposition to Defendant's pending Motion for Summary Judgment Or, In The Alternative, Summary Adjudication of Issues which is set for hearing on June 4, 2012.

Defendant NHIC desires to maintain the confidentiality of the above-referenced records.

Therefore, Plaintiff RIVERBANK and Defendant NHIC hereby stipulate that the documents Bates-stamped Confidential NHIC101, Confidential NHIC102, Confidential NHIC201, Confidential NHIC202, and Confidential NHIC301 to Confidential NHIC320 may be filed as sealed documents by submission through the Court's approved sealed website address.

Dated this 15th day of May, 2012.

**GREVE, CLIFFORD, WENGEL & PARAS, LLP**

By:   /s/ Bradley W. Kragel
      BRADLEY W. KRAGEL, ESQ.  (SBN 143065)
      ***Attorneys for Plaintiff
      RIVERBANK HOLDING COMPANY, LLC***

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By   /s/ Stephen J. Liberatore
     STEPHEN J. LIBERATORE, ESQ. (SBN 129772)
     One Sansome Street, Suite 1400
     San Francisco, CA  94104
     pardini@lbbslaw.com
     liberatore@lbbslaw.com
     Telephone:  (415) 362-2580
     Facsimile:   (415) 434-0882
     ***Attorneys for Defendant
     NEW HAMPSHIRE INSURANCE COMPANY***

STIPULATION TO SEAL CONFIDENTIAL DOCUMENTS SUBMITTED TO COURT IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; ORDER

## **ORDER**

The parties having so stipulated, it is hereby ordered that Plaintiff may file under seal the records Bates-stamped pages Confidential NHIC101, Confidential NHIC102, Confidential NHIC201, Confidential NHIC202, and Confidential NHIC301 to Confidential NHIC320.

DATED: May 16, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Greve Clifford Wengel & Paras, LLP**

Page 3
STIPULATION TO SEAL CONFIDENTIAL DOCUMENTS SUBMITTED TO COURT IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; ORDER