**GREVE, CLIFFORD, WENGEL & PARAS, LLP**
Lawrence A. Wengel, Esq.  SBN 064708
    Email:  lwengel@gcwp.com
Bradley W. Kragel, Esq.  SBN 143065
    Email:  bkragel@gcwp.com
2870 Gateway Oaks Drive, Suite 210
Sacramento, CA  95833-4324
Tel:    916.443.2011
Fax:    916.441.7457

Attorneys for Plaintiff
RIVERBANK HOLDING COMPANY, LLC

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq. SBN 133878
    Email:  pardini@lbbslaw.com
Stephen J. Liberatore, Esq. SBN 129772
    Email:  liberatore@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, CA  94104
Tel:  415.362.2580
Fax: 415.434.0882

Attorneys for Defendant
NEW HAMPSHIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERBANK HOLDING COMPANY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NEW HAMPSHIRE INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:11-CV-02681 WBS-GGH<br><br>**STIPULATION OF PARTIES re: EXPERT DISCOVERY DEADLINE; ORDER**<br><br>**Trial Date:    January 29, 2013** |

    Plaintiff RIVERBANK HOLDING COMPANY, LLC ("Riverbank"), and Defendant NEW HAMPSHIRE INSURANCE COMPANY ("NHIC"), collectively referred to hereinafter as "the Parties," by and through their respective attorneys of record, hereby stipulate as follows:

/ / /

4852-0134-5808.1

STIPULATION re: EXPERT DISCOVERY DEADLINE; [PROPOSED] ORDER
Case No. 2:11-cv-02681 WBS GGH

**RECITALS**

1. WHEREAS, the Court's initial Pre-Trial Scheduling Order, issued on February 1, 2012, did not specify a date by which the Parties were to have completed expert witness discovery; and

2. WHEREAS, the Court Order filed on April 17, 2012, approving the Parties' stipulation to extend the deadlines set forth in the Court's initial Pre-Trial Scheduling Order, did not set a date by which they would complete expert witness discovery; and

3. WHEREAS, the Parties have agreed to proceed to mediation on October 4, 2012, with the Honorable Eugene F. Lynch (ret.) to act as mediator; and

4. WHEREAS, the Parties prefer to avoid the expenditure of time and resources to undertake expert witness discovery before the scheduled mediation; and

5. WHEREAS, the Parties agree that, if they fail to reach a settlement at the scheduled mediation, they will complete expert witness discovery no later than October 22, 2012;

**STIPULATION**

THEREFORE, the Parties stipulate, and request that the Court enter an order, that expert witness discovery is to be completed no later than October 22, 2012.

IT IS SO STIPULATED.

Dated: September __, 2012            GREVE, CLIFFORD, WENGEL & PARAS, LLP

By_____
    Lawrence A. Wengel
    Bradley W. Kragel
Attorneys for Plaintiff
RIVERBANK HOLDING COMPANY, LLC

Dated: September __, 2012            LEWIS BRISBOIS BISGAARD & SMITH LLP

By_____
    Julian J. Pardini
    Stephen J. Liberatore
Attorneys for Defendant
NEW HAMPSHIRE INSURANCE COMPANY



**ORDER**

Having considered the Parties' stipulation set forth above,

The court's previous orders regarding expert discovery contemplated that expert discovery would be completed within the time frame of discovery in general. The April 17, 2012 order extending time frames for certain aspects of discovery set a date for experts disclosure and reports which are not affected by this order. With the above in mind, **THE COURT HEREBY ORDERS AND DECREES** that the Parties complete expert witness discovery no later than **October 22, 2012**. Nothing in this order changes any other aspect of the operative scheduling orders.

IT IS SO ORDERED

Dated: September 19, 2012        /s/ Gregory G. Hollows

_____
Gregory G. Hollows
Magistrate Judge, United States District Court
Eastern District of California