**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Lane J. Ashley, Esq.  SB# 073296
    ashley@lbbslaw.com
Julian J. Pardini, Esq.  SB# 133878
    pardini@lbbslaw.com
Stephen J. Liberatore, Esq.  SB# 129772
    liberatore@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
NEW HAMPSHIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RIVERBANK HOLDING COMPANY, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEW HAMPSHIRE INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:11-cv-02681 WBS AC<br><br>**STIPULATION AND [PROPOSED] ORDER re: DISMISSAL** |

**RECITALS**

1.　　WHEREAS Plaintiff Riverbank Holding Company, LLC, and Defendant New Hampshire Insurance Company (collectively, "the Parties") notified the Court on October 9, 2012, that they had reached a settlement in the above-captioned action; and

2.　　WHEREAS the Parties have now executed a settlement agreement and settlement monies have been paid:

/ / /

/ / /

/ / /

4845-1534-4146.1
1
STIPULATION AND [PROPOSED] ORDER re: DISMISSAL
Case No:  2:11-cv-02681 WBS GGH

**STIPULATION**

The Parties, by and through their respective counsel of record, hereby stipulate and agree that the Court may now enter an order that the above-captioned action is hereby dismissed with prejudice.

Dated: January 11, 2013              GREVE, CLIFFORD, WENGEL & PARAS, LLP


By  */s/ Lawrence A. Wengel* .
      Lawrence A. Wengel
      Bradley W. Kragel
Attorneys for Plaintiff
RIVERBANK HOLDING COMPANY, LLC


Dated: January 11, 2013              LEWIS BRISBOIS BISGAARD & SMITH LLP


By  */s/ Stephen J. Liberatore*
      Julian J. Pardini
      Stephen J. Liberatore
Attorneys for Defendant
NEW HAMPSHIRE INSURANCE COMPANY


**ORDER**

Having read the above stipulation of the Parties, submitted by and through their respective counsel of record, and finding good cause therefor,

**THE COURT HEREBY ORDERS AND DECREES** that the above-captioned action be, and hereby is, **DISMISSED WITH PREJUDICE**.

It is so ordered.

Dated: January 12, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE