**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Lane J. Ashley, Esq.  SB# 073296
    ashley@lbbslaw.com
Julian J. Pardini, Esq.  SB# 133878
    pardini@lbbslaw.com
Stephen J. Liberatore, Esq.  SB# 129772
    liberatore@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
NEW HAMPSHIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RIVERBANK HOLDING COMPANY, LLC, | CASE NO. 2:11-cv-02681 WBS AC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER re: DISMISSAL** |
| v. | |
| NEW HAMPSHIRE INSURANCE COMPANY, and DOES 1 through 10, inclusive, | |
| Defendants. | |

**RECITALS**

1.  WHEREAS Plaintiff Riverbank Holding Company, LLC, and Defendant New Hampshire Insurance Company (collectively, "the Parties") notified the Court on October 9, 2012, that they had reached a settlement in the above-captioned action; and

2.  WHEREAS the Parties have now executed a settlement agreement and settlement monies have been paid:

/ / /

/ / /

/ / /

## STIPULATION

The Parties, by and through their respective counsel of record, hereby stipulate and agree that the Court may now enter an order that the above-captioned action is hereby dismissed with prejudice.

Dated: January 11, 2013           GREVE, CLIFFORD, WENGEL & PARAS, LLP

By  /s/ Lawrence A. Wengel  .
Lawrence A. Wengel
Bradley W. Kragel
Attorneys for Plaintiff
RIVERBANK HOLDING COMPANY, LLC

Dated: January 11, 2013           LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ Stephen J. Liberatore
Julian J. Pardini
Stephen J. Liberatore
Attorneys for Defendant
NEW HAMPSHIRE INSURANCE COMPANY

## ORDER

Having read the above stipulation of the Parties, submitted by and through their respective counsel of record, and finding good cause therefor,

**THE COURT HEREBY ORDERS AND DECREES** that the above-captioned action be, and hereby is, **DISMISSED WITH PREJUDICE**.

It is so ordered.

Dated: January 12, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER re: DISMISSAL
Case No. 2:11-cv-02681 WBS GGH